UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

IN RE: )
)  CASE NO. 14-01643-PMG
EMMANUEL LABO PENA and )  CHAPTER 13
GLORIA PARAGAS PENA, )
)
                                  Debtors.        )

## NOTICE OF OPPORTUNITY TO OBJECT AND FOR HEARING

Pursuant to Local Rule 2002-4, the Court will consider this objection without further notice or hearing unless a party in interest files an objection within thirty (30) days from the date of service of this paper plus an additional three days for service. If you object to the relief requested in this paper, you must file your objection with the Clerk of Court at 300 N Hogan St Ste 3-350, Jacksonville FL 32202-4267, and serve a copy on the movants' attorney, Lansing Roy, P.A., Christopher R. DeMetros, Esquire, 1710 Shadowood Ln Ste 210, Jacksonville FL 32207-2184, and any other persons.

If you file and serve an objection within the time permitted, the Court may schedule and notify you of a hearing, or the Court may consider the response and may grant or deny the relief requested without a hearing. If you do not file an objection within the time permitted, the Court will consider that you do not oppose the relief requested in the paper, will proceed to consider the paper without further notice or hearing, and may grant the relief requested.

## OBJECTION TO PROOF OF CLAIM 8-1 FILED BY NATIONSTAR MORTGAGE, LLC

COME NOW the Debtors, **EMMANUEL LABO PENA and GLORIA PARAGAS PENA,** through their undersigned counsel, and file this Objection to Proof of Claim 8-1, filed by Nationstar Mortgage, LLC. In support of said Objection, the Debtors would show unto the Court as follows:

1. Nationstar Mortgage, LLC filed secured Proof of Claim 8-1 in the amount of $197,243.79 with an arrearage of $1,209.86.

2. Debtors object to this claim for the reason that arrearage amount is for a post-petition payment and escrow shortage.

WHEREFORE, Debtors respectfully request that this court enter an order determining that the Proof of Claim 8-1 filed by Nationstar Mortgage, LLC is disallowed in the manner presented, and allowed as an secured claim with an arrearage of $0.00.

LANSING ROY, P.A.

/s/ Christopher R. DeMetros

Christopher R. DeMetros, Esquire
Florida Bar No. 0863467
**Kevin B. Paysinger, Esquire**
Florida Bar No. 0056742
**William B. McDaniel**
Florida Bar No. 084469
Attorney for Debtor(s)
1710 Shadowood Ln, Ste 210
Jacksonville, FL 32207-2184
court@jacksonvillebankruptcy.com
Telephone:      (904) 391-0030
Facsimile:      (904) 391-0031

## CERTIFICATE OF SERVICE

IT IS HEREBY CERTIFIED that service of the foregoing Objection to Claim 8-1 filed by Nationstar Mortgage, LLC was furnished to the following by electronic notification or by United States first-class mail on the 29th day of July 2014:

Douglas W. Neway, Trustee
PO Box 4308
Jacksonville FL 32201-4308

Nationstar Mortgage, LLC
PO Box 630267
Irving TX 75063-0116
(Designated Agent at business address)

Weinstein, Pinson & Riley
BK Services
2001 Western Ave Ste 400
Seattle WA 98121-3132
(Attorney for Creditor)

United States Trustee's Office
400 W Washington St Ste 1100
Orlando FL 32801-2217

Emmanuel and Glora Pena
745 Briar View Dr
Orange Park FL 32065-3560
(Debtors)

LANSING ROY, P.A.

Christopher R. DeMetros, Esquire
Florida Bar No. 0863467
**Kevin B. Paysinger, Esquire**
Florida Bar No. 0056742
**William B. McDaniel**
Florida Bar No. 084469
Attorney for Debtor(s)
1710 Shadowood Ln, Ste 210
Jacksonville, FL 32207-2184
court@jacksonvillebankruptcy.com
Telephone:      (904) 391-0030
Facsimile:       (904) 391-0031

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

IN RE: )
) CASE NO. 14-01643-PMG
EMMANUEL LABO PENA and ) CHAPTER 13
GLORIA PARAGAS PENA, )
)
Debtors. )

### AFFIDAVIT ACCOMPANYING DEBTORS' OBJECTION TO PROOF OF CLAIM 8-1 FILED BY NATIONSTAR MORTGAGE, LLC

STATE OF FLORIDA )
:
COUNTY OF DUVAL )

BEFORE ME personally appeared **EMMANUEL LABO PENA and GLORIA PARAGAS PENA** who, being first duly sworn, depose and says as follows:

1. NATIONSTAR MORTGAGE, LLC filed a secured proof of claim in the amount of $197,243.79 with an arrearage of $1,209.86.

2. At the time of the bankruptcy filing, we had no arrearage owing to this creditor.

FURTHER AFFIANTS SAYETH NOT.

_____
**EMMANUEL LABO PENA**

Before me personally appeared **EMMANUEL LABO PENA**, to me well known and known to me to be the person described in and who executed the foregoing instrument, and acknowledged to and before me that they executed said instrument for the purposes therein expressed.

WITNESS my hand and official seal this 24th day of July 2014.

_____
Notary Public, State of Florida at Large

My Commission expires:



EDWARD H JONES
Commission # EE 224013
Expires October 9, 2016
Bonded Thru Troy Fain Insurance 800-385-7019